IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD LUKAS, II,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PRETZEL SHOP, SHAWN BOWEN &<br>ROSEMARIE BOWEN,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-01555-RCM |

**NOTICE OF SETTLEMENT AND**
**REQUEST FOR STAY OF DEADLINES PENDING DIMISSAL**

　　　　Plaintiff, Richard Lukas, II, ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement of the claims between them in this action. The parties are finalizing their agreement and a stipulation of dismissal shall be filed within approximately thirty (30) days. As a result of the settlement, Plaintiff requests that the Court stay all deadlines in this matter pending the dismissal of this action.

Dated:  August 15, 2018　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Carlos R. Diaz*
　　　　　　　　　　　　　　　　　　　　　　　Carlos R. Diaz
　　　　　　　　　　　　　　　　　　　　　　　cdiaz@smalawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　**STEWART, MURRAY & ASSOC.**
　　　　　　　　　　　　　　　　　　　　　　　**LAW GROUP, LLC**
　　　　　　　　　　　　　　　　　　　　　　　437 Grant Street, Suite 600
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　Phone:  (412) 765-3345
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (412) 765-3346
　　　　　　　　　　　　　　　　　　　　　　　www.smalawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2018, a true and correct copy of the foregoing *Notice of Settlement and Request for Stay of Deadlines Pending Dismissal* was served upon all counsel of record via the court's electronic filing system.

By:   */s/ Carlos R. Diaz*
      Carlos R. Diaz